

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Diana Marie Sabatine, Appellant

No. 06-16-00098-CR          v.

The State of Texas, Appellee

Appeal from the County Court at Law of Fannin County, Texas (Tr. Ct. No. CA-2015-7361).   Memorandum   Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We further order that the appellant, Diana Marie Sabatine, pay all costs of this appeal.

RENDERED AUGUST 19, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk